JAMES J. EBERT, Appellant, *v.* MAX LOEWENSTEIN, Respondent.

*Ebert* v. *Loewenstein*, 42 App. Div. 109, affirmed.
(Argued May 1, 1901; decided May 17, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 5, 1899, which reversed a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial and granted a new trial.

*G. A. Seixas* for appellant.

*E. Blumenstiel* for respondent.

Order affirmed and judgment absolute ordered for defendant on the stipulation, with costs, on the opinion below.
Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.